FISCHER *v.* FISCHER.

DIVORCE—ADULTERY—EVIDENCE.
  Evidence in a divorce case reviewed, and *held* to establish a
  charge of adultery.

Appeal from Houghton; Streeter, J.  Submitted June
6, 1902.  (Docket No. 23.)  Decided September 17, 1902.

Bill by Joseph Fischer against Margaret Blau Fischer
for a divorce.  From a decree dismissing the bill, com-
plainant appeals.  Reversed.

*Larson & Galbraith,* for complainant.
*A. W. Kerr,* for defendant.

GRANT, J.  Complainant seeks a divorce from his wife
on the ground of adultery.  The court denied a decree
because the proof was not "absolutely convincing."  We
are compelled to reach a different conclusion.  It is diffi-
cult to prove adultery more clearly than it is proven in this
case.  The adulterous disposition and the opportunity to
gratify it are shown by the most positive testimony of
witnesses wholly disinterested.  Defendant and her co-
respondent, Plyer, are shown to have occupied the same
room and the same bed on several occasions.  They rented
rooms in Ashland, Wis., where they lived together, and
were known as Mr. and Mrs. Plyer.  She spoke of herself
as Mrs. Plyer, and he treated her in the presence of others
as his wife.  The question being one of fact, it is unneces-
sary to review it.

Decree reversed, and decree entered in this court for
complainant.

HOOKER, C. J., MOORE and MONTGOMERY, JJ., con-
curred.